B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**SAN ANTONIO DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boissonneault, Jr. William R.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Boissonneault, Rebecca B.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka as officer and director of Boissonneault Enterprises, Inc B & B Landscaping & Lawn Care** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Rebecca Burk; fka Rebecca Jane Burk** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-6957** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-0442** |
| Street Address of Debtor (No. and Street, City, and State):<br>**13750 IH-10 East**<br>**Converse, TX**<br><br>ZIP CODE **78109** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**13750 IH-10 East**<br>**Converse, TX**<br><br>ZIP CODE **78109** |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business:<br>**Bexar** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 476**<br>**Schertz, TX**<br><br>ZIP CODE **78154** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 476**<br>**Schertz, TX**<br><br>ZIP CODE **78154** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**  **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (12/11)**                                                                 **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **William R. Boissonneault, Jr.**<br>**Rebecca B. Boissonneault** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                       _____<br>                                     (Name of landlord that obtained judgment)

                                       _____<br>                                       (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): | William R. Boissonneault, Jr. |
|---|---|---|
| *(This page must be completed and filed in every case)* | | Rebecca B. Boissonneault |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ William R. Boissonneault, Jr.
_____
William R. Boissonneault, Jr.

**X** /s/ Rebecca B. Boissonneault
_____
Rebecca B. Boissonneault

_____
Telephone Number (If not represented by attorney)

12/28/2012
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney***

**X** /s/ Martin Seidler
_____
Martin Seidler                    Bar No. 18000800

**LAW OFFICES OF MARTIN SEIDLER**
One Elm Place, Suite 504
11107 Wurzbach Road
San Antonio, TX 78230

Phone No. **(210) 694-0300**      Fax No. **(210) 690- 9886**

12/28/2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
_____

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **William R. Boissonneault, Jr.**                    Case No.
       **Rebecca B. Boissonneault**

                                                    Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $341,000.00 | | |
| B - Personal Property | Yes | 5 | $87,346.25 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $334,700.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $74,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | $197,835.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,099.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,835.00 |
| | TOTAL | 54 | $428,346.25 | $606,535.00 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **William R. Boissonneault, Jr.**                              Case No.
      **Rebecca B. Boissonneault**

                                          Chapter       **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

**B 1D (Official Form 1, Exhibit D) (12/09)**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:    **William R. Boissonneault, Jr.**                                      Case No. _____
          **Rebecca B. Boissonneault**                                                                    (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                                (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ William R. Boissonneault, Jr.** _____
                  William R. Boissonneault, Jr.

Date:  _____**12/28/2012**_____

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  **William R. Boissonneault, Jr.**              Case No. _____
        **Rebecca B. Boissonneault**                                    (if known)

           Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:    **William R. Boissonneault, Jr.**                                    Case No. _____
          **Rebecca B. Boissonneault**                                                          (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Rebecca B. Boissonneault** _____
                       Rebecca B. Boissonneault

Date:   **12/28/2012** _____

B6A (Official Form 6A) (12/07)

In re  **William R. Boissonneault, Jr.**           Case No. _____
      **Rebecca B. Boissonneault**                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 13750 IH 10 East, Converse, TX<br>Approx. 5.35 acres and adjoining 5.77 apprx. acres | Fee simple | H | $289,000.00 | $209,200.00 |
| 157 Flash Circle, Lulling, Texas | Fee simple | H | $52,000.00 | $44,000.00 |
| | | Total: | $341,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **William R. Boissonneault, Jr.**                    Case No. _____
      **Rebecca B. Boissonneault**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | - | $140.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Security Service FCU (savings) approx. | C | $5.00 |
| | | Capital One (checking approx) | C | $200.00 |
| | | Capital One (trust account for minor daughter CD) not property of debtor's estate -  100 FMV claimed as exempt | - | $1,091.25 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods, supplies and furnishings | C | $5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books & pictures | C | $1,500.00 |
| 6. Wearing apparel. | | clothes | C | $500.00 |
| 7. Furs and jewelry. | | jewelry | C | $2,500.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William R. Boissonneault, Jr.**              Case No. _____
        **Rebecca B. Boissonneault**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Boissonneault Enterprises, Inc. 100% (insolvent) | H | $0.00 |
| | | Knockout Landscape, Inc. (100%)(started 10/12) | W | $10.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **William R. Boissonneault, Jr.**          Case No. _____
          **Rebecca B. Boissonneault**                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | $52,000.00 Loans to business - Boissonneault Enterprises, Inc. (uncollectable) | C | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chrysler | W | $14,000.00 |
| | | 2010 Ford F-350 | C | $30,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **William R. Boissonneault, Jr.**     Case No. _____
       **Rebecca B. Boissonneault**                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Mahindra tractor 2310, 32" Scag walk behind mower, 36" Scag walk behind mower, (2) Small 22" walk behind mower, 10' Lightweight utility trailer, 16' Heavy duty utility trailer, lawn trailer rigging, (2) dump trailers, 12' dump trailer, goose neck trailer, 14' goose neck trailer, goose neck hook up, springs on trailer,  15 gal. sprayer, stand up compressor, bedliner/bumper | - | $8,000.00 |
| | | 48" Scag walk behind mower, 48" Scag tiger cub ride on mower | - | $200.00 |
| | | 16' Lightweight utility trailer, 12' Dump trailer, 14' Dump trailer | - | $8,000.00 |
| | | 1996 Ford F-350 (belongs to Susan Boissonneault-Bill's step-mom)(titled in both names) | J | $500.00 |
| | | 1999 Ford F-350 (blown motor) | - | $200.00 |
| | | 2000 Ford F-250 | - | $2,500.00 |
| | | 2001 Dodge Ram 1500 | - | $500.00 |
| | | 2003 Dodge Ram 3500 | - | $3,000.00 |
| | | 2006 Ford F-250 | - | $9,000.00 |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **William R. Boissonneault, Jr.**
**Rebecca B. Boissonneault**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | 4 dogs, 2 cats, 9 chickens, 1 pot bellied pig | C | $500.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

        <u>    4    </u>   continuation sheets attached    **Total >** | **$87,346.25**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **William R. Boissonneault, Jr.**                    Case No.  _____
      **Rebecca B. Boissonneault**                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 13750 IH 10 East, Converse, TX Approx. 5.35 acres and adjoining 5.77 apprx. acres | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $79,800.00 | $289,000.00 |
| Capital One (trust account for minor daughter CD) not property of debtor's estate - 100 FMV claimed as exempt | Tex. Prop. Code §112.035 Spendthrift Trust | $0.00 | $1,091.25 |
| household goods, supplies and furnishings | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $5,000.00 | $5,000.00 |
| books & pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| clothes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,500.00 | $2,500.00 |
| 2007 Chrysler | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $14,000.00 |
| 2010 Ford F-350 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $30,000.00 |
| Mahindra tractor 2310, 32" Scag walk behind mower, 36" Scag walk behind mower, (2) Small 22" walk behind mower, 10' Lightweight utility trailer, 16' Heavy duty utility trailer, lawn trailer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $8,000.00 | $8,000.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 | $0.00 | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$97,300.00** | **$351,591.25** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **William R. Boissonneault, Jr.**            Case No.  _____
       **Rebecca B. Boissonneault**                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| rigging, (2) dump trailers, 12' dump trailer, goose neck trailer, 14' goose neck trailer, goose neck hook up, springs on trailer,  15 gal. sprayer, stand up compressor, bedliner/bumper | (a)(4) | | |
| 48" Scag walk behind mower, 48" Scag tiger cub ride on mower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $200.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $0.00 | |
| 16' Lightweight utility trailer, 12' Dump trailer, 14' Dump trailer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $8,000.00 | $8,000.00 |
| 1996 Ford F-350 (belongs to Susan Boissonneault-Bill's step-mom)(titled in both names) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $500.00 |
| 1999 Ford F-350 (blown motor) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $200.00 |
| 2000 Ford F-250 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $2,500.00 |
| 2001 Dodge Ram 1500 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $500.00 |
| 2003 Dodge Ram 3500 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $3,000.00 | $3,000.00 |
| 2006 Ford F-250 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $4,500.00 | $9,000.00 |
| 4 dogs, 2 cats, 9 chickens, 1 pot bellied pig | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $500.00 | $500.00 |
| | | **$113,300.00** | **$375,991.25** |

B6D (Official Form 6D) (12/07)

In re  **William R. Boissonneault, Jr.**
       **Rebecca B. Boissonneault**

Case No. _____
                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bohannon, John L.**<br>**9015 FL 775**<br>**Seguin, TX 78155** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**3 acres, Converse, Texas**<br>REMARKS:<br><br>VALUE: **$289,000.00** | | | | **$20,000.00** | |
| ACCT #:<br><br>**Ford Motor Credit Corporation**<br>**c/o National Bankruptcy Service Ctr.**<br>**P.O. Box 537901**<br>**Livonia, MI 48153** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**security interest**<br>COLLATERAL:<br>**2010 Ford F-350**<br>REMARKS:<br><br>VALUE: **$30,000.00** | | | | **$44,000.00** | **$14,000.00** |
| ACCT #:<br><br>**Greentree Financial**<br>**P.O. Box 6172**<br>**Rapid City, SD 57709** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**13750 IH 10 East, Converse, TX**<br>REMARKS:<br><br>VALUE: **$289,000.00** | | | | **$77,000.00** | |
| ACCT #:<br><br>**Moncor Tax Advisors**<br>**15301 Spectrum Dr., #405**<br>**Addison, TX 75001** | | - | DATE INCURRED: **2010**<br>NATURE OF LIEN:<br>**property taxes**<br>COLLATERAL:<br>**13750 IH 10 East, Converse, TX**<br>REMARKS:<br><br>VALUE: **$289,000.00** | | | | **$16,000.00** | |

|  | Subtotal (Total of this Page) > | **$157,000.00** | **$14,000.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____2_____continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re **William R. Boissonneault, Jr.**  Case No. _____
  **Rebecca B. Boissonneault**   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx4207**<br><br>**Property Tax Solutions**<br>**8080 N. Central Expressway, #880**<br>**Dallas, TX 75206** | | C | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Deed of TrustTax lien**<br>COLLATERAL:<br>**Debtors' home**<br>REMARKS:<br><br>VALUE: **$289,000.00** | | | | $6,200.00 | |
| ACCT #:<br><br>**Real, Louis**<br>**13638 IH-10 E, #3**<br>**Converse, TX 78109** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**2.77 acres, Converse Texas**<br>REMARKS:<br><br>VALUE: **$289,000.00** | | | | $20,000.00 | |
| ACCT #:<br><br>**Revis, Amy T.**<br>**314 Limestone Creek**<br>**San Antonio, TX 78232** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**security interest**<br>COLLATERAL:<br>**13750 IH 10 East, Converse, TX**<br>REMARKS:<br>**Payment pursuant to divorce decree**<br><br>VALUE: **$289,000.00** | | | | $70,000.00 | |
| ACCT #:<br><br>**Schertz Bank & Trust**<br>**P.O. Box 800**<br>**Schertz, TX 78154** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**security interest**<br>COLLATERAL:<br>**vehicles & equipment**<br>REMARKS:<br><br>VALUE: **$3,700.00** | | | | $7,500.00 | $3,800.00 |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | $103,700.00 | $3,800.00 |
|---|---|---|---|
| | Total (Use only on last page) > | | |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Security Service FCU**<br>**16211 La Cantera Parkway**<br>**San Antonio, TX 78256** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**security interest**<br>COLLATERAL:<br>**2007 Chrysler**<br>REMARKS:<br><br>VALUE: **$14,000.00** | | | | **$14,000.00** | |
| ACCT #:<br><br>**Security Service FCU**<br>**16211 La Cantera Parkway**<br>**San Antonio, TX 78256** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**security interest**<br>COLLATERAL:<br>**1996 Ford F-250 & 2006 Ford F-250**<br>REMARKS:<br><br>VALUE: **$9,000.00** | | | | **$4,500.00** | |
| ACCT #: **xxxxxxxxx/xxxxx4347**<br><br>**Sheffield Financial Corp.**<br>**6010 Golding Center Dr.**<br>**Winston-Salem, NC 27103** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**security interest**<br>COLLATERAL:<br>48" Scag walk behind mower, 48" Scag tiger cub r<br>REMARKS:<br><br>VALUE: **$200.00** | | | | **$11,500.00** | **$11,300.00** |
| ACCT #: **65048411850001**<br><br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 54180**<br>**Los Angeles, CA 90054** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**157 Flash Circle, Luling, Texas**<br>REMARKS:<br>**surrender**<br><br>VALUE: **$52,000.00** | | | | **$44,000.00** | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$74,000.00** | **$11,300.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | **$334,700.00** | **$29,100.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **William R. Boissonneault, Jr.**          Case No. _____
      **Rebecca B. Boissonneault**                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **William R. Boissonneault, Jr.**           Case No. _____
      **Rebecca B. Boissonneault**                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**c/o Insolvency Section**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | X | H | DATE INCURRED: **various**<br>CONSIDERATION:<br>**taxes**<br>REMARKS: | | | | $72,000.00 | $72,000.00 | $0.00 |
| ACCT #: **xx-xxx505-9**<br>**Texas Workforce Commission**<br>**101 East 15th St., Rm 556**<br>**Austin, TX 78778** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**taxes**<br>REMARKS: | | X | X | $2,000.00 | $0.00 | $2,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotals (Totals of this page) >** | $74,000.00 | $72,000.00 | $2,000.00 |

| | |
|---|---|
| **Total >**<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $74,000.00 |

| | | |
|---|---|---|
| **Totals >**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $72,000.00 | $2,000.00 |

B6F (Official Form 6F) (12/07)

In re  **William R. Boissonneault, Jr.**
    **Rebecca B. Boissonneault**

Case No. _____
        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x-x3006<br>**American Express**<br>**P.O. Box 297884**<br>**Ft. Lauderdale, FL 33329** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  x-x3006<br>**American Express**<br>**300 S. Riverside Plaza, 9th Floor**<br>**Chicago, IL 60606** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  x-x3006<br>**American Express**<br>**P.O. Box 297812**<br>**Ft. Lauderdale, FL 33329** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  x-x3006<br>**American Express**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  x-x3006<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  x-x3006<br>**American Express**<br>**P.O. Box 297879**<br>**Ft. Lauderdale, FL 33329** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | Subtotal > | | **$0.00** |
| | | | | | Total > | | |

_____32_____continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**　　　　　　　Case No. _____
　　　　**Rebecca B. Boissonneault**　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x-x3006**<br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x-x3006**<br>**American Express**<br>**Attn.: Bankruptcy Dept.**<br>**P.O. Box 981535**<br>**El Paso, TX 79998** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$4,500.00** |
| ACCT #:  **xxxxx# xx-xx-x7452**<br>**Bexar Cty.Dist.Clk./12CI17452**<br>**300 Dolorosa Street**<br>**San Antonio, TX 78205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxx# xx-xx-x9510**<br>**Bexar Cty.Dist.Clk./12CI19510**<br>**300 Dolorosa Street**<br>**San Antonio, TX 78205** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 60000**<br>**Seattle, WA 98190** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____1____ of ____32____ continuation sheets attached to　　　　　　　　**Subtotal >**　　**$4,500.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
　　　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**　　　　　　　　Case No. _____
　　　　**Rebecca B. Boissonneault**　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 34631**<br>**Seattle, WA 98124** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 85064**<br>**Glen Allen, VA  23058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 650010**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 60024**<br>**City of Industry, CA  91716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-4249**<br>**Capital One**<br>**Bankruptcy Claims Servicer**<br>**P.O. Box 85167**<br>**Richmond, VA 23285** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$1,700.00** |
| ACCT #:  **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box  829009**<br>**Dallas, TX 75382** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**32**____ continuation sheets attached to　　　　Subtotal >　　**$1,700.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**            Case No. _____
         **Rebecca B. Boissonneault**                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 60599**<br>**City of Industry, CA 91716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 30281**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 4539**<br>**Houston, TX 77210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx/xxxx/4035**<br>**Capital One**<br>**P.O. Box 259320**<br>**Plano, TX 75025** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx/xxxx/4035**<br>**Capital One**<br>**2730 Liberty Ave.**<br>**Pittsburgh, PA 15222** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____3_____ of _____32_____ continuation sheets attached to               **Subtotal >**     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**　　　　　　Case No. _____
　　　　**Rebecca B. Boissonneault**　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx/xxxx/4035<br>**Capital One**<br>**P.O. Box 105474**<br>**Atlanta, GA 30348** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx/xxxx/4035<br>**Capital One**<br>**P.O. Box 30273**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx/xxxx/4035<br>**Capital One**<br>**P.O. Box 70884**<br>**Charlotte, NC 28272** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx/xxxx/4035<br>**Capital One**<br>**P.O. Box 70886**<br>**Charlotte, NC 28272** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-8996<br>**Capital One**<br>**Bankruptcy Claims Servicer**<br>**P.O. Box 85167**<br>**Richmond, VA 23285** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$4,800.00** |
| ACCT #:  xxxxxxxxxxx/xxxxxxx7914<br>**Capital One**<br>**c/o Allied Interstate**<br>**P.O. Box 4000**<br>**Warrenton, VA 20188** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**4249/8996** | | | | **Notice Only** |

Sheet no. ___4___ of ___32___ continuation sheets attached to　　　　　　Subtotal >　　**$4,800.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**  Case No. _____
       **Rebecca B. Boissonneault**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4035**<br>**Capital One/HSBC**<br>**Bankruptcy Claims Servicer**<br>**P.O. Box 85167**<br>**Richmond, VA 23285** | | **H** | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$4,300.00** |
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**P.O. Box 2001**<br>**Concord, CA 94529** | | **-** | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**P.O. Box 5010**<br>**Concord, CA  94524** | | **-** | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**P.O. Box 530950**<br>**Atlanta, GA 30353** | | **H** | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,600.00** |
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**P.O. Box 981430**<br>**El Paso, TX 79998** | | **-** | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**P.O. Box 981433**<br>**El Paso, TX 79998** | | **-** | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**5**_____ of _____**32**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6,900.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**         Case No. _____
       **Rebecca B. Boissonneault**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**Attn.: Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-9138**<br>**Chevron-Texaco/GECRB**<br>**P.O. Box 965013**<br>**Orlando, FL 32896** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citbank**<br>**P.O. Box 689151**<br>**Des Moines, IA  50368** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 6000**<br>**The Lakes, NV  89163** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 15109**<br>**Wilmington, DE  19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 6062**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**6**_____ of _____**32**_____ continuation sheets attached to          Subtotal >      **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**          Case No. _____
       **Rebecca B. Boissonneault**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 6575**<br>**Las Vegas, NV 88901** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 91600**<br>**Albuquerque, NM  87199** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 6077**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 6500**<br>**Sioux Fall, SD 57117** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$14,700.00** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 660370**<br>**Dallas, TX 75266** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**7**____ of _____**32**_____ continuation sheets attached to          Subtotal >          **$14,700.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**   Case No. _____
**Rebecca B. Boissonneault**                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 6191**<br>**Sioux Falls, SD  57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 818017**<br>**Cleveland, OH  44181** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 653042**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 142319**<br>**Irving, TX 75014** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 182564**<br>**Columbus, OH 43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278**<br>**Citi Cards/Citibank**<br>**P.O. Box 183051**<br>**Columbus, OH 43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____8____ of ____32____ continuation sheets attached to   Subtotal >   **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**  Case No. _____
       **Rebecca B. Boissonneault**                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9278** <br> **Citi Cards/Citibank** <br> **P.O. Box 6940** <br> **The Lakes, NV 88901** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278** <br> **Citi Cards/Citibank** <br> **P.O. Box 6241** <br> **Sioux Falls, SD 57117** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278** <br> **Citi Cards/Citibank** <br> **P.O. Box 20507** <br> **Kansas City, MO 64915** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **9278** <br> **Citi Cards/Citibank** <br> **c/o Allen L. Adkins & Assoc.** <br> **P.O. Box 3340** <br> **Lubbock, TX 79452** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-8831** <br> **Credit One Bank** <br> **P.O. Box 60500** <br> **City of Industry, CA 91716** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **credit card** <br> REMARKS: | | | | **$1,780.00** |
| ACCT #:  **xxxx-xxxx-xxxx-8831** <br> **Credit One Bank** <br> **P.O. Box 98873** <br> **Las Vegas, NV 89193** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**9**____ of ____**32**____ continuation sheets attached to                                      Subtotal >     **$1,780.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                            Total >
                                                            **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**                              Case No. _____
      **Rebecca B. Boissonneault**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Creel, Scott & Jill**<br>**21943 Paseo Corto**<br>**Garden Ridge, TX 78266** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$2,000.00** |
| ACCT #:  **xxxx-xxxx-xxxx-4035**<br>**Direct Merchants Bank/HSBC**<br>**P.O. Box 21550**<br>**Tulsa, OK 74121** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-4035**<br>**Direct Merchants Bank/HSBC**<br>**P.O. Box 60142**<br>**City of Industry, CA  91716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-4035**<br>**Direct Merchants Bank/HSBC**<br>**P.O. Box 550680**<br>**Jacksonville, Fl. 32255** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-4035**<br>**Direct Merchants Bank/HSBC**<br>**Attn.: Payment Center**<br>**P.O. Box 60136**<br>**City of Industry, CA 91716** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$4,400.00** |
| ACCT #:  **xxxx-xxxx-xxxx-4035**<br>**Direct Merchants Bank/HSBC**<br>**Attn.: Payment Center**<br>**P.O. Box 49357**<br>**San Jose, CA 95161** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**10**_____ of _____**32**_____ continuation sheets attached to                                  Subtotal >                **$6,400.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**              Case No. _____
       **Rebecca B. Boissonneault**                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-4035** <br> **Direct Merchants Bank/HSBC** <br> **P.O. Box 5894** <br> **Carol Stream, IL 60197** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103** <br> **Discover** <br> **P.O. Box 30395** <br> **Salt Lake City, UT  84130** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103** <br> **Discover** <br> **P.O. Box 6011** <br> **Dover, DE 19903** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103** <br> **Discover** <br> **P.O. Box 3008** <br> **New Albany, OH 43054** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$14,300.00** |
| ACCT #:  **8103** <br> **Discover** <br> **P.O. Box 7049** <br> **Dover, DE  19903** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103** <br> **Discover** <br> **P.O. Box 15316** <br> **Wilmington, DE 19850** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____11____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$14,300.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**          Case No. _____
       **Rebecca B. Boissonneault**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 15192**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 5013**<br>**Sandy, UT 84091** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 8003**<br>**Hilliard, OH 43206** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**12 Reads Way**<br>**New Castle, DE 19720** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 29024**<br>**Phoenix, AZ 85038** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 30421**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**12**____ of ____**32**____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**            Case No. _____
      **Rebecca B. Boissonneault**                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box  3025**<br>**New Albany, OH 43054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 29033**<br>**Phoenix, AZ 85038** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 30943**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **8103**<br>**Discover**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**2223 Dodge Street**<br>**Omaha, NE  68102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**P.O. Box 1308**<br>**Kerrville, TX 78029** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**13**_____ of _____**32**_____ continuation sheets attached to            **Subtotal >**         **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**          Case No. _____
         **Rebecca B. Boissonneault**                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**P.O. Box 2951**<br>**Omaha, NE 68103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**P. O. Box 80015**<br>**Los Angeles, CA  90080** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**545 10th St.**<br>**Floresville, TX  78114** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**P.O. Box 2230**<br>**George West, TX  78022** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3988**<br>**First National Bank**<br>**P.O. Box 2557**<br>**Omaha, NE 68103** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$7,600.00** |
| ACCT #:  **xxxx6782**<br>**Ford Motor Credit Corporation**<br>**P.O. Box 64001**<br>**Dallas, TX 75364** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____14____ of ____32____ continuation sheets attached to          Subtotal >          **$7,600.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**       Case No. _____
     **Rebecca B. Boissonneault**                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx6782<br>**Ford Motor Credit Corporation**<br>P.O. Box 239801<br>Las Vegas, NV 89123 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx6782<br>**Ford Motor Credit Corporation**<br>P.O. Box 53099<br>Omaha, NE 68154 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx6782<br>**Ford Motor Credit Corporation**<br>P.O. Box 152271<br>Irving, TX 75015 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx6782<br>**Ford Motor Credit Corporation**<br>P.O. Box 650575<br>Dallas, TX  75265 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx6782<br>**Ford Motor Credit Corporation**<br>P.O. Box 55000, Dept. 194101<br>Detroit, MI 48255 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx6782<br>**Ford Motor Credit Corporation**<br>P.O. Box 542000<br>Omaha, NE 68154 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____15____ of ____32____ continuation sheets attached to            Subtotal >     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >
                    (Use only on last page of the completed Schedule F.)
        (Report also on Summary of Schedules and, if applicable, on the
          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**                          Case No. _____
       **Rebecca B. Boissonneault**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx6782**<br>**Ford Motor Credit Corporation**<br>**c/o National Bankruptcy Service Ctr.**<br>**P.O. Box 537901**<br>**Livonia, MI 48153** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency**<br>REMARKS: | | | X | $7,800.00 |
| ACCT #:  **xxxxxx4002**<br>**GE Credit Corp. of Tennessee**<br>**1010 Thomas Edison Blvd. S.W.**<br>**Cedar Rapids, IA 52404** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Granados, Marie I.**<br>**468 Skytrail**<br>**New Braunfels, TX 78130** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | $2,300.00 |
| ACCT #:  **xxxxx2762**<br>**Greater Houston ER Physicians**<br>**P.O. Box 200472**<br>**Houston, TX 77216** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xxxx-xxxxxx762-1**<br>**Greater Houston ER Physicians**<br>**c/o Wakefield & Associates, Inc.**<br>**P.O. Box 58**<br>**Fort Morgan, CO 80701** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | $420.00 |
| ACCT #:<br>**Hallum, Brent & Christina**<br>**135 Auburn Ridge**<br>**Spring Branch, TX 78070** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | $6,500.00 |

Sheet no. ___16___ of ___32___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$17,020.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**              Case No. _____
         **Rebecca B. Boissonneault**                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Attn: District Counsel**<br>**300 E. 8th Street**<br>**Austin, TX 78701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**Attn: Special Procedures Group**<br>**300 E. 8th St., STOP 5022 AUS**<br>**Austin, TX 78701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **6003-3194-0126-0094**<br>**John Deere Financial**<br>**P.O. Box 6600**<br>**Johnston, IA 50131** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS:<br>**misc. parts** | | | | **$1,270.00** |
| ACCT #:  **xxxx-xxxx-xxxx-0094**<br>**John Deere Financial**<br>**P.O. Box 5327**<br>**Madison, WI  53705** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-0094**<br>**John Deere Financial**<br>**P.O. Box 650215**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx6409**<br>**John Deere Landscapes, Inc.**<br>**15934 Nacogdoches Rd.**<br>**San Antonio, TX 78247** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$2,670.00** |

Sheet no. ____17____ of _____32_____ continuation sheets attached to        Subtotal >        **$3,940.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Total >
                                        (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **William R. Boissonneault, Jr.**          Case No. _____
        **Rebecca B. Boissonneault**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx6409** <br> **John Deere Landscapes, Inc.** <br> **24110 Network Place** <br> **Chicago, IL 60673** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xx6409** <br> **John Deere Landscapes, Inc.** <br> **c/o CST Co., Inc.** <br> **P.O. Box 224768** <br> **Dallas, TX 75222** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xx6409** <br> **John Deere Landscapes, Inc.** <br> **1060 Windward Ridge Pkwy., #170** <br> **Alpharetta, GA 30005** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Johnson, Michelle Walker** <br> **21916 Senna Hills** <br> **Garden Ridge, TX 78266** | X | H | DATE INCURRED: <br> CONSIDERATION: <br> **Contract** <br> REMARKS: | | X | X | **$1,800.00** |
| ACCT #: **xxxx-xxxx-xxxx-3124** <br> **JPMorgan Chase Bank** <br> **Attn: Processing Center** <br> **P.O. Box 79030** <br> **Houston, TX 77279** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx-xxxx-xxxx-3124** <br> **JPMorgan Chase Bank** <br> **950 Corbindale** <br> **Houston, TX 77024** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**18**____ of ____**32**____ continuation sheets attached to                                    Subtotal >          **$1,800.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**　　　　　　　　Case No. _____
　　　　**Rebecca B. Boissonneault**　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**P.O. Box 15548**<br>**Wilmington, DE 19996** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**P.O. Box 15049**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**P.O. Box 15299**<br>**Wilmington, DE  19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**Attn.: Bankruptcy Dept.**<br>**7255 Baymeadows Way**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**19**____ of ____**32**____ continuation sheets attached to　　　　　　　**Subtotal >**　　**$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**        Case No. _____
    **Rebecca B. Boissonneault**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**800 Brooksedge Blvd.**<br>**OH1-800**<br>**Westerville, OH 43081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-3124**<br>**JPMorgan Chase Bank**<br>**Attn.: Bankruptcy Dept.**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$8,200.00** |
| ACCT #:  **xxxxxxxxxxxx/3124**<br>**JPMorgan Chase Bank**<br>**c/o Allied Interstate**<br>**P.O. Box 4000**<br>**Warrenton, VA 70188** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx-xxxxxx/xx8168**<br>**Modular Space Corp.**<br>**6445 US Hwy. 87 East**<br>**San Antonio, TX 78222** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | X | X | **$1,754.00** |
| ACCT #:  **xxxxxxx9018**<br>**Moncor Tax Advisors**<br>**Attn.: Customer Service**<br>**15301 Spectrum Dr., #405**<br>**Addison, TX 75001** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**tax advisors**<br>REMARKS: | | | | **$19,070.00** |
| ACCT #:  **xxxxxxxxx/xxxxx8893**<br>**Northeast Methodist Hospital-SA**<br>**P.O. Box 630764**<br>**Cincinnati, OH 45263** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$5,730.00** |

Sheet no. ____**20**____ of ____**32**____ continuation sheets attached to        Subtotal >        **$34,754.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**          Case No. _____
       **Rebecca B. Boissonneault**                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxx/xxxxx8893**<br>**Northeast Methodist Hospital-SA**<br>**c/o Financial Corp. of America**<br>**P.O. Box 203500**<br>**Austin, TX 78720** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xxx4821**<br>**OneMain Financial**<br>**P.O. Box 222178**<br>**Charlotte, NC 28222** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xxx4821**<br>**OneMain Financial**<br>**P.O. Box 29946**<br>**San Antonio, TX 78299** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xxx4821**<br>**OneMain Financial**<br>**P.O. Box 22060**<br>**Tempe, AZ  85285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xxx4821**<br>**OneMain Financial**<br>**8222 Agora Parkway, #100**<br>**Selma, TX 78154** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xxx4821**<br>**OneMain Financial**<br>**P.O. Box 70918**<br>**Charlotte, NC 28272** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____21____ of ____32____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **William R. Boissonneault, Jr.**                                    Case No. _____
      **Rebecca B. Boissonneault**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx-xxx4821**<br>**OneMain Financial**<br>**Attn.: Bankruptcy Dept.**<br>**P.O. Box 140489**<br>**Irving, TX 75014** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $3,500.00 |
| ACCT #:  **xxxxxxxx-xxx4821**<br>**OneMain Financial**<br>**P.O. Box 183172**<br>**Columbus, OH 43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xxxx5066**<br>**Pathology Reference Laboratory**<br>**P.O. Box 2037**<br>**San Antonio, TX 78297** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xxxxxxxxx/xxxx5066**<br>**Pathology Reference Laboratory**<br>**c/o Business & Professional Svc.**<br>**621 N. Alamo**<br>**San Antonio, TX 78215** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | $470.00 |
| ACCT #:  **xxx xx6 140**<br>**Phillips 66-Conoco-76 Card**<br>**P.O. Box 688929**<br>**Des Moines, IA 50368** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xxx xx6 140**<br>**Phillips 66-Conoco-76 Card**<br>**P.O. Box 66**<br>**Bartlesville, OK 74005** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $275.00 |

Sheet no. _____**22**_____ of _____**32**_____ continuation sheets attached to                                        Subtotal >                     $4,245.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                                         Total >
                                                                              **(Use only on last page of the completed Schedule F.)**
                                                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**          Case No. _____
        **Rebecca B. Boissonneault**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx xx6 140**<br>**Phillips 66-Conoco-76 Card**<br>**P.O. Box 6402**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Putnam, Gary**<br>**2912 Bent Tree**<br>**Schertz, TX 78154** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$2,300.00** |
| ACCT #:  **x6769**<br>**Quality Equipment Co.**<br>**11146 IH-35 North**<br>**San Antonio, TX 78233** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**terminated equipment lease**<br>REMARKS: | | | | **$25,900.00** |
| ACCT #:<br>**Quality Organic Products**<br>**15497 Lookout  Rd.**<br>**Selma, TX 78154** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | X | X | **Notice Only** |
| ACCT #:  **xxxxxxxxxx/xxxxxx0234**<br>**Quest Diagnostics**<br>**P.O. Box 740779**<br>**Cincinnati, OH 45274** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$700.00** |
| ACCT #:  **xxxxxxxxxx/xxxxxx0234**<br>**Quest Diagnostics**<br>**P.O. Box 3077**<br>**Southeastern, PA 19398** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**23**___ of ___**32**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$28,900.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**                                    Case No. _____
        **Rebecca B. Boissonneault**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Relf, Tom**<br>**8609 Delta Dawn**<br>**Fairoaks Ranch, TX 78015** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$4,500.00** |
| ACCT #:<br>**Riley, Vann**<br>**22028 Las Cimas**<br>**Garden Ridge, TX 78266** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$1,000.00** |
| ACCT #:<br>**Security Service FCU**<br>**7323 Highway 90 West**<br>**San Antonio, TX 78227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Security Service FCU**<br>**P.O. Box 27257**<br>**San Antonio, TX 78227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Security Service FCU**<br>**P.O. Box 27377**<br>**San Antonio, TX 78227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Security Service FCU**<br>**P.O. Box 691510**<br>**San Antonio, TX 78269** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____24____ of ____32____ continuation sheets attached to          **Subtotal >**      **$5,500.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Security Service FCU**<br>**P.O. Box 691550**<br>**San Antonio, TX 78269** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Security Service FCU**<br>**P.O. Box 691530**<br>**San Antonio, TX 78269** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x0618**<br>**Serrano M.D. P.A., Christopher**<br>**20726 Stone Oak Pkwy., #101**<br>**San Antonio, TX 78258** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$563.00** |
| ACCT #:  **xxxxxxxxx/xxxxx4347**<br>**Sheffield Financial Corp.**<br>**P.O. Box 580229**<br>**Charlotte, NC 28258** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/9725**<br>**Shell/CBCS**<br>**Processing Center**<br>**Des Moines, IA  50359** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/9725**<br>**Shell/CBCS**<br>**P.O. Box 9151**<br>**Des Moines, IA  50368** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___25___ of ___32___ continuation sheets attached to                              Subtotal >                    **$563.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                          **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**          Case No. _____
**Rebecca B. Boissonneault**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx/9725**<br>**Shell/CBCS**<br>**P.O. Box 183018**<br>**Columbus, OH  43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx/9725**<br>**Shell/CBCS**<br>**P.O. Box 6406**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx xxx x990 7**<br>**Shell/CBCS**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$1,950.00** |
| ACCT #:  **xxx xx9 725**<br>**Shell/CBCS**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$900.00** |
| ACCT #:  **xxx3743**<br>**South Texas Radiology Group**<br>**P.O. Box 29407**<br>**San Antonio, TX 78229** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$73.00** |
| ACCT #:  **xxxxxxx/0371**<br>**Southeast Baptist Hospital**<br>**c/o Credit Control, LLC**<br>**P.O. Box 488**<br>**Hazelwood, MO 63042** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$3,360.00** |

Sheet no. ____26____ of ____32____ continuation sheets attached to                        Subtotal >          **$6,283.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                            Total >
                                          (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **William R. Boissonneault, Jr.**       Case No. _____
      **Rebecca B. Boissonneault**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Squires, Mark**<br>**274 Paintbrush Path**<br>**New Braunfels, TX 78132** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$0.00** |
| ACCT #:<br>**Texas Fleet Fuel**<br>**P.O. Box 6026**<br>**Austin, TX 78762** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$3,200.00** |
| ACCT #: **xxx92-12**<br>**Texas Hill Country Landspg/QOP**<br>**c/o Hatmaker & Assoc.**<br>**1156 S. US Hwy. 1**<br>**Vero Beach, FL 32962** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Quality Organic Products**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx# xx-xx-x7452**<br>**Texas Hill Country Landspg/QOP**<br>**c/o The Powell Law Firm**<br>**115 E. Travis, #535**<br>**San Antonio, TX 78205** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**suit**<br>REMARKS: | | X | X | **$10,900.00** |
| ACCT #: **xxxxxxxxxxx/xxx1884**<br>**Texas Med Clinic**<br>**c/o Sarma Collections, Inc.**<br>**1801 Broadway**<br>**San Antonio, TX 78215** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical services**<br>REMARKS: | | | | **$200.00** |
| ACCT #: **xx-xxx505-9**<br>**Texas Workforce Commission**<br>**Attn.: Cashier**<br>**P.O. Box 149363**<br>**Austin, TX 78714** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____27____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$14,300.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William R. Boissonneault, Jr.**        Case No. _____
        **Rebecca B. Boissonneault**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxx505-9**<br>**Texas Workforce Commission**<br>**4801 N.W. Loop 410, #510**<br>**San Antonio, TX 78229** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx-xxx505-9**<br>**Texas Workforce Commission**<br>**P.O. Box 149037**<br>**Austin, TX 78714** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Thomas, Tim**<br>**21926 Cristabol**<br>**Garden Ridge, TX 78266** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$4,000.00** |
| ACCT #:  **IRA**<br>**United States Attorney**<br>**Attn: Mr. John E. Murphy**<br>**601 N.W. Loop 410, #600**<br>**San Antonio, TX 78216** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Internal Revenue Service**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx 6654**<br>**Valero/DSRM National Bank**<br>**P.O. Box 300**<br>**Amarillo, TX 79105** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**gas card**<br>REMARKS: | | | | **$1,800.00** |
| ACCT #:  **xxxx 7885**<br>**Valero/DSRM National Bank**<br>**P.O. Box 300**<br>**Amarillo, TX 79105** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**gas card**<br>REMARKS: | | | | **$2,400.00** |

Sheet no. ____**28**____ of ____**32**____ continuation sheets attached to       Subtotal >       **$8,200.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**
       **Rebecca B. Boissonneault**

Case No. _____
              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Webb, Johanna**<br>**101 Wood Crest**<br>**Boerne, TX 78006** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Contract**<br>REMARKS: | | X | X | **$2,000.00** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 4233**<br>**Portland, OR 97208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 30097**<br>**Los Angeles, CA 90030** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**MAC P6053-021**<br>**P.O. Box 5058**<br>**Portland, OR 97208** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**MAC S4101-050**<br>**P.O. Box 29746**<br>**Phoenix, AZ 85038** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___29___ of ___32___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$2,000.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**     Case No. _____
       **Rebecca B. Boissonneault**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx0001<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 30086**<br>**Los Angeles, CA 90030** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxx0001<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxx0001<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 5445**<br>**Portland, OR  97228** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxx0001<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 348750**<br>**Sacramento, CA  95834** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxx0001<br>**Wells Fargo Bank, N.A.**<br>**800 Walnut St.**<br>**MAC F4031-080**<br>**Des Moines, IA  50309** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxx0001<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 9210**<br>**Des Moines, IA  50306** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____30____ of ____32____ continuation sheets attached to          Subtotal >          $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **William R. Boissonneault, Jr.**      Case No. _____
      **Rebecca B. Boissonneault**                               (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 54780**<br>**Los Angeles, CA 90054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 30095**<br>**Walnut Creek, CA 94598** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx0001**<br>**Wells Fargo Bank, N.A.**<br>**c/o Leyh & Payne, LLP**<br>**9545 Katy Freeway, #200**<br>**Houston, TX 77024** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx# xx-xx-x9510**<br>**Wells Fargo Bank, N.A.**<br>**c/o Leyh Payne & Mallia, PLLC**<br>**9545 Katy Freeway, #200**<br>**Houston, TX 77024** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**suit**<br>REMARKS: | X | X | X | **$0.00** |
| ACCT #: **xxxxxxxx2999**<br>**Wells Fargo Merchant Services**<br>**P.O. Box 17548**<br>**Denver, CO 80217** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services purchased on credit**<br>REMARKS: | | | | **$7,650.00** |
| ACCT #: **xxxxxxxx2999**<br>**Wells Fargo Merchant Services**<br>**5251 Westheimer Rd.**<br>**Houston, TX 77056** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____31____ of ____32____ continuation sheets attached to           **Subtotal >**     **$7,650.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**          Case No. _____
       **Rebecca B. Boissonneault**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx2999**<br>**Wells Fargo Merchant Services**<br>**P.O. Box 6010**<br>**Hagerstown, MD 21741** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**32**____ of ____**32**____ continuation sheets attached to              **Subtotal >** | $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | $197,835.00
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Real, Leanard**<br>13776 IH-10 East<br>Converse, TX 78109 | Leased 10.032 acres for grazing located at 13750 IH-10 East, Converse, Tx 78109 (portion of debtors' homestead) Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                         (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **Valero/DSRM National Bank**<br>P.O. Box 300<br>Amarillo, TX 79105 |
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **Capital One**<br>Bankruptcy Claims Servicer<br>P.O. Box 85167<br>Richmond, VA 23285 |
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **Internal Revenue Service**<br>c/o Insolvency Section<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **John Deere Financial**<br>P.O. Box 6600<br>Johnston, IA 50131 |
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **John Deere Landscapes, Inc.**<br>15934 Nacogdoches Rd.<br>San Antonio, TX 78247 |
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **Wells Fargo Merchant Services**<br>P.O. Box 17548<br>Denver, CO 80217 |
| **B&B Landscaping & Lawn Care**<br>P.O. Box 476<br>Schertz, TX 78154 | **Texas Fleet Fuel**<br>P.O. Box 6026<br>Austin, TX 78762 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**                                    Case No.  _____
       **Rebecca B. Boissonneault**                                                            (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Granados, Marie I.**<br>468 Skytrail<br>New Braunfels, TX 78130 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Creel, Scott & Jill**<br>21943 Paseo Corto<br>Garden Ridge, TX 78266 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Squires, Mark**<br>274 Paintbrush Path<br>New Braunfels, TX 78132 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Relf, Tom**<br>8609 Delta Dawn<br>Fairoaks Ranch, TX 78015 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Riley, Vann**<br>22028 Las  Cimas<br>Garden Ridge, TX 78266 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Putnam, Gary**<br>2912 Bent Tree<br>Schertz, TX 78154 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Webb, Johanna**<br>101 Wood Crest<br>Boerne, TX 78006 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Hallum, Brent & Christina**<br>135 Auburn Ridge<br>Spring Branch, TX 78070 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Johnson, Michelle Walker**<br>21916 Senna Hills<br>Garden Ridge, TX 78266 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Thomas, Tim**<br>21926 Cristabol<br>Garden Ridge, TX 78266 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Modular Space Corp.**<br>6445 US Hwy. 87 East<br>San Antonio, TX 78222 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Texas Workforce Commission**<br>101 East 15th St., Rm 556<br>Austin, TX 78778 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Sheffield Financial Corp.**<br>6010 Golding Center Dr.<br>Winston-Salem, NC 27103 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Quality Equipment Co.**<br>11146 IH-35 North<br>San Antonio, TX 78233 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **William R. Boissonneault, Jr.**              Case No. _____
       **Rebecca B. Boissonneault**                                (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Texas Hill Country Landspg/QOP**<br>c/o The Powell Law Firm<br>115 E. Travis, #535<br>San Antonio, TX 78205 |
| **Boissonneault Enterprises, Inc.**<br>P.O. Box 476<br>Schertz, TX 78154 | **Southeast Baptist Hospital**<br>c/o Credit Control, LLC<br>P.O. Box 488<br>Hazelwood, MO 63042 |

B6I (Official Form 6I) (12/07)

In re  **William R. Boissonneault, Jr.**                    Case No. _____
       **Rebecca B. Boissonneault**                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter<br>Son<br>Son | Age(s): 5<br>3<br>3mo | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | manager<br>Knockout Landscape, Inc.<br>2 1/2 months<br>P. O. Box 476<br>Schertz, TX | housewife |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,200.00 | $0.00 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$3,200.00** | **$0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| b. Social Security Tax | $0.00 | $0.00 |
| c. Medicare | $0.00 | $0.00 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$3,200.00** | **$0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| a. Truck payment by employer | $899.00 | $0.00 |
| b. _____ | $0.00 | $0.00 |
| c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$899.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,099.00** | **$0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,099.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**income varies upon season, family members help provide support**

B6J (Official Form 6J) (12/07)

IN RE:  **William R. Boissonneault, Jr.**          Case No. _____
          **Rebecca B. Boissonneault**                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,400.00 |
|    a. Are real estate taxes included?   ☐ Yes  ☑ No | |
|    b. Is property insurance included?   ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|            b. Water and sewer | $80.00 |
|            c. Telephone | |
|            d. Other:  cable | $150.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $800.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $80.00 |
| 7. Medical and dental expenses | $110.00 |
| 8. Transportation (not including car payments) | $120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | $180.00 |
|            b. Life | |
|            c. Health | |
|            d. Auto | $270.00 |
|            e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $350.00 |
| Specify: Ad Valorem | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto:   2007 Chrysler | $621.00 |
|            b. Other:  2010 Ford F-350 | $899.00 |
|            c. Other: | |
|            d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $275.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$6,835.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **expenses expected to increase**

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,099.00 |
| b. Average monthly expenses from Line 18 above | $6,835.00 |
| c. Monthly net income (a. minus b.) | ($2,736.00) |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **William R. Boissonneault, Jr.**                     CASE NO
            **Rebecca B. Boissonneault**
                                                                        CHAPTER   **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Misc. haircuts and personal exp. | **$75.00** |
| Kid's activities and/or tuition | **$100.00** |
| Pet/Vet | **$50.00** |
| feed | **$50.00** |
| **Total >** | **$275.00** |

B7 (Official Form 7) (12/12)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:   **William R. Boissonneault, Jr.**          Case No. _____
         **Rebecca B. Boissonneault**                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| ($9,679.00) | **2010 Adjusted Gross Income** |
| $20,073.00 | **2011 Adjusted Gross Income  (includes rental income)** |
| $80,000.00 | **2012 Gross Income to date (approx.)** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $14,500.00 | **2012 Sold Bobcat to Rudy Fernandez** |
| $3,800.00 | **2012 Sold ATV Polaris to assist with payroll expenses** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Greentree Financial** | **monthly** | **$707.00** | **$77,000.00** |
| **Ford Motor Credit Corp.** | **monthly** | **$899.00** | **$44,000.00** |
| **Security Service FCU** | **monthly** | **$621.00** | **$14,000.00** |
| **Sheffield Financial** | **monthly** | **$304.00** | **$11,500.00** |
| **Schertz Bank & Trust** | **monthly (but paid by debtor's business)** | **$405.00** | **$7,500.00** |

B7 (Official Form 7) (12/12) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:  **William R. Boissonneault, Jr.**                              Case No. _____
          **Rebecca B. Boissonneault**                                                (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐
b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Amy Revis** | **monthly** | **$1,139.32** | **$70,000.00** |

---

None
☑
c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐
a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CAUSE# 12-CI-17452  Texas Hill Country Landscaping, et al v. Boissonneault** | **suit on debt** | **In  The 37th Judicial District, Bexar County, Texas** | **pending** |
| **CAUSE# 2012-CI-19510 Wells Fargo Bank, N.A. v Boissonneault** | **suit on debt** | **In The 224th Judicial District Court, Bexar County, Texas** | **pending** |

---

None
☑
b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit Corporation c/o National Bankruptcy Service Ctr. P.O. Box 537901 Livonia, MI 48153** | **8/12** | **Voluntary surrender of 2009 Ford Ranger worth $3,000.00** |
| **Andy Chavez San Antonio, Texas** | **5/12** | **1996 Ford F250 repossessed by seller. Value $500.** |

B7 (Official Form 7) (12/12) - Cont.

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:  **William R. Boissonneault, Jr.**                               Case No.  _____
          **Rebecca B. Boissonneault**                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**6. Assignments and receiverships**

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None
☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICES OF MARTIN SEIDLER** **One Elms Place, Suite 504** **11107 Wurzbach Road** **San Antonio, Texas 78230** | 05/28/2012 | $2,500.00 |

---

**10. Other transfers**

None
☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Rudy Fernandez** | 5/2012 | **sold Bobcat Loader for $14,500.00** **value at retail $16,000.00** |
| **unknown person** | 3/12 | **sold ATV Polaris for $3800.00** |

---

None
☑   b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (12/12) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:   **William R. Boissonneault, Jr.**                         Case No. _____
      **Rebecca B. Boissonneault**                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Texell Credit Union | savings | $449; 5-2012 |
| Wells Fargo (business) | checking | $52; 6-7-2012 |
| Schertz Bank & Trust | business checking | -0-, 9-2012 |
| Capital One | business checking | $800, 9-2012 |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Rebecca Boissonneault (for daughter, Hailey Boissonneault) | CD, $1,091.25 | Capital One Bank |
| Susan Boissonneault 2141 Cherry Blossom Schertz, Tx 78154 | 1 mule $200; 1996 F-350 $500 | 13750 IH-10 East Converse, Tx 78109 |

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (12/12) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re: **William R. Boissonneault, Jr.**          Case No. _____
      **Rebecca B. Boissonneault**                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Amy Teresa Revis, former spouse**
**314 Limestone Creek**
**San Antonio, Tx 78232**

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/12) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:   **William R. Boissonneault, Jr.**                                       Case No.   _____
         **Rebecca B. Boissonneault**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

#### 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Boissonneault Enterprises, Inc.**<br>**EIN: 58-2455230**<br>**P.O. Box 476**<br>**Schertz, TX  78154**<br>**Debtor was sole-propietor and 100% owner** | **Landscaping/lawncare** | **1999 to 2012** |
| **Knockout Landscape, Inc.**<br>**EIN# 46-0860916**<br>**P.O. Box 476**<br>**Schertz, Tx 78154**<br>**Debtor is sole-propietor and 100% owner** | **landscaping & lawn care** | **2012 to present** |

---

None
☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

#### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Daniel Arty**<br>**1150 NW 72nd Ave. #760**<br>**Miami, FL  33126** | **annually** |

---

None
☑

b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: **William R. Boissonneault, Jr.**        Case No. _____
       **Rebecca B. Boissonneault**                                     (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None ☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

### 25. Pension Funds

None ☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **William R. Boissonneault, Jr.**                          Case No. _____
          **Rebecca B. Boissonneault**                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **12/28/2012** _____          Signature _____ **/s/ William R. Boissonneault, Jr.** _____
                                                                    of Debtor        **William R. Boissonneault, Jr.**

Date **12/28/2012** _____          Signature _____ **/s/ Rebecca B. Boissonneault** _____
                                                                    of Joint Debtor  **Rebecca B. Boissonneault**
                                                                    (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **William R. Boissonneault, Jr.**                                     CASE NO
        **Rebecca B. Boissonneault**

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Bohannon, John L.<br>9015 FL 775<br>Seguin, TX 78155 | **Describe Property Securing Debt:**<br>3 acres, Converse, Texas |

Property will be (check one):
   ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
   ☑ Claimed as exempt    ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Ford Motor Credit Corporation<br>c/o National Bankruptcy Service Ctr.<br>P.O. Box 537901<br>Livonia, MI 48153 | **Describe Property Securing Debt:**<br>2010 Ford F-350 |

Property will be (check one):
   ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
   ☑ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  **William R. Boissonneault, Jr.**                                             CASE NO
         **Rebecca B. Boissonneault**
                                                                                      CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   3

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Greentree Financial | 13750 IH 10 East, Converse, TX |
| P.O. Box 6172 | |
| Rapid City, SD 57709 | |

Property will be (check one):
- [ ] Surrendered          [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [x] Claimed as exempt          [ ] Not claimed as exempt

---

Property No.   4

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Moncor Tax Advisors | 13750 IH 10 East, Converse, TX |
| 15301 Spectrum Dr., #405 | |
| Addison, TX 75001 | |

Property will be (check one):
- [ ] Surrendered          [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [x] Claimed as exempt          [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE: **William R. Boissonneault, Jr.**                                CASE NO
**Rebecca B. Boissonneault**

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br>Property Tax Solutions<br>8080 N. Central Expressway, #880<br>Dallas, TX 75206<br>xxx4207 | **Describe Property Securing Debt:**<br>Debtors' home |

Property will be (check one):
- ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☒ Claimed as exempt        ☐ Not claimed as exempt

| Property No.   6 | |
|---|---|
| **Creditor's Name:**<br>Real, Louis<br>13638 IH-10 E, #3<br>Converse, TX 78109 | **Describe Property Securing Debt:**<br>2.77 acres, Converse Texas |

Property will be (check one):
- ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☒ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **William R. Boissonneault, Jr.**           CASE NO
         **Rebecca B. Boissonneault**

                                              CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

---

Property No.   7

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Revis, Amy T. | 13750 IH 10 East, Converse, TX |
| 314 Limestone Creek | |
| San Antonio, TX 78232 | |

Property will be (check one):
- [ ] Surrendered     [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [x] Claimed as exempt     [ ] Not claimed as exempt

---

Property No.   8

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Schertz Bank & Trust | vehicles & equipment |
| P.O. Box 800 | |
| Schertz, TX 78154 | |

Property will be (check one):
- [ ] Surrendered     [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt     [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **William R. Boissonneault, Jr.**                               CASE NO
         **Rebecca B. Boissonneault**
                                                                CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

| Property No.   9 | |
|---|---|
| **Creditor's Name:**<br>Security Service FCU<br>16211 La Cantera Parkway<br>San Antonio, TX 78256 | **Describe Property Securing Debt:**<br>2007 Chrysler |

Property will be (check one):
- [ ] Surrendered       [✓] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [✓] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [✓] Claimed as exempt       [ ] Not claimed as exempt

| Property No.   10 | |
|---|---|
| **Creditor's Name:**<br>Security Service FCU<br>16211 La Cantera Parkway<br>San Antonio, TX 78256 | **Describe Property Securing Debt:**<br>1996 Ford F-250 & 2006 Ford F-250 |

Property will be (check one):
- [✓] Surrendered       [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [✓] Claimed as exempt       [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **William R. Boissonneault, Jr.**          CASE NO
        **Rebecca B. Boissonneault**

                                                  CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 5*

| Property No.   11 | |
|---|---|
| **Creditor's Name:**<br>Sheffield Financial Corp.<br>6010 Golding Center Dr.<br>Winston-Salem, NC 27103<br>xxxxxxxxx/xxxxx4347 | **Describe Property Securing Debt:**<br>48" Scag walk behind mower, 48" Scag tiger cub rid |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt     ☐ Not claimed as exempt

| Property No.   12 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank, N.A.<br>P.O. Box 54180<br>Los Angeles, CA 90054<br>65048411850001 | **Describe Property Securing Debt:**<br>157 Flash Circle, Luling, Texas |

Property will be (check one):
☑ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **William R. Boissonneault, Jr.**
        **Rebecca B. Boissonneault**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 6*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Real, Leanard<br>13776 IH-10 East<br>Converse, TX 78109 | **Describe Leased Property:**<br>Leased 10.032 acres for grazing located at 13750 IH-10 East, Converse, Tx 78109 (portion of debtors' homestead) | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑      NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   12/28/2012

Signature   /s/ William R. Boissonneault, Jr.
              **William R. Boissonneault, Jr.**

Date   12/28/2012

Signature   /s/ Rebecca B. Boissonneault
              **Rebecca B. Boissonneault**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **William R. Boissonneault, Jr.**
      **Rebecca B. Boissonneault**

Case No. _____

Chapter    _____**7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**William R. Boissonneault, Jr.**

**Rebecca B. Boissonneault**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

**X**   _/s/ William R. Boissonneault, Jr._    **12/28/2012**
    Signature of Debtor             Date

**X**   _/s/ Rebecca B. Boissonneault_    **12/28/2012**
    Signature of Joint Debtor (if any)     Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Martin Seidler**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Martin Seidler**

Martin Seidler, Attorney for Debtor(s)
Bar No.: 18000800
LAW OFFICES OF MARTIN SEIDLER
One Elm Place, Suite 504
11107 Wurzbach Road
San Antonio, TX  78230
Phone: (210) 694-0300
Fax: (210) 690- 9886

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

FB 201A (Form 201A)  (11/12)

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1167 filing fee, $46 administrative fee: Total fee $1213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **William R. Boissonneault, Jr.**                           Case No. _____
       **Rebecca B. Boissonneault**                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **56** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **12/28/2012** _____          Signature **/s/ William R. Boissonneault, Jr.** _____
                                                            **William R. Boissonneault, Jr.**


Date **12/28/2012** _____          Signature **/s/ Rebecca B. Boissonneault** _____
                                                            **Rebecca B. Boissonneault**
                                                 [If joint case, both spouses must sign.]

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **William R. Boissonneault, Jr.**                          CASE NO
         **Rebecca B. Boissonneault**

                                                              CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$2,500.00** |
| Prior to the filing of this statement I have received: | **$2,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| **12/28/2012** | **/s/ Martin Seidler** | |
|---|---|---|
| *Date* | *Martin Seidler* | Bar No.  18000800 |
| | LAW OFFICES OF MARTIN SEIDLER | |
| | One Elm Place, Suite 504 | |
| | 11107 Wurzbach Road | |
| | San Antonio, TX  78230 | |
| | Phone: (210) 694-0300 / Fax: (210) 690- 9886 | |

---

**/s/ William R. Boissonneault, Jr.**                     **/s/ Rebecca B. Boissonneault**

**William R. Boissonneault, Jr.**                          **Rebecca B. Boissonneault**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **William R. Boissonneault, Jr.**
       **Rebecca B. Boissonneault**

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/28/2012

Signature  **/s/ William R. Boissonneault, Jr.**
                    *William R. Boissonneault, Jr.*

Date  12/28/2012

Signature  **/s/ Rebecca B. Boissonneault**
                    *Rebecca B. Boissonneault*

American Express
P.O. Box 297884
Ft. Lauderdale, FL   33329


American Express
300 S. Riverside Plaza, 9th Floor
Chicago, IL 60606


American Express
P.O. Box 297812
Ft. Lauderdale, FL   33329


American Express
P.O. Box 360002
Ft. Lauderdale, FL   33336


American Express
P.O. Box 650448
Dallas, TX 75265


American Express
P.O. Box 297879
Ft. Lauderdale, FL   33329


American Express
P.O. Box 981537
El Paso, TX 79998


American Express
Attn.: Bankruptcy Dept.
P.O. Box 981535
El Paso, TX 79998


B&B Landscaping & Lawn Care
P.O. Box 476
Schertz, TX 78154

Bexar Cty.Dist.Clk./12CI17452
300 Dolorosa Street
San Antonio, TX 78205

Bexar Cty.Dist.Clk./12CI19510
300 Dolorosa Street
San Antonio, TX 78205

Bohannon, John L.
9015 FL 775
Seguin, TX 78155

Boissonneault Enterprises, Inc.
P.O. Box 476
Schertz, TX 78154

Capital One
P.O. Box 60000
Seattle, WA 98190

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
P.O. Box 34631
Seattle, WA 98124

Capital One
P.O. Box 85064
Glen Allen, VA  23058

Capital One
P.O. Box 650010
Dallas, TX 75265

Capital One
P.O. Box 60024
City of Industry, CA  91716


Capital One
Bankruptcy Claims Servicer
P.O. Box 85167
Richmond, VA 23285


Capital One
P.O. Box  829009
Dallas, TX 75382


Capital One
P.O. Box 60599
City of Industry, CA 91716


Capital One
P.O. Box 71083
Charlotte, NC 28272


Capital One
P.O. Box 30281
Salt Lake City, UT 84130


Capital One
P.O. Box 4539
Houston, TX 77210


Capital One
P.O. Box 259320
Plano, TX 75025


Capital One
2730 Liberty Ave.
Pittsburgh, PA 15222

Capital One
P.O. Box 105474
Atlanta, GA 30348


Capital One
P.O. Box 30273
Salt Lake City, UT 84130


Capital One
P.O. Box 70884
Charlotte, NC 28272


Capital One
P.O. Box 70886
Charlotte, NC 28272


Capital One
c/o Allied Interstate
P.O. Box 4000
Warrenton, VA 20188


Capital One/HSBC
Bankruptcy Claims Servicer
P.O. Box 85167
Richmond, VA 23285


Chevron-Texaco/GECRB
P.O. Box 2001
Concord, CA 94529


Chevron-Texaco/GECRB
P.O. Box 5010
Concord, CA  94524


Chevron-Texaco/GECRB
P.O. Box 530950
Atlanta, GA 30353

Chevron-Texaco/GECRB
P.O. Box 981430
El Paso, TX 79998


Chevron-Texaco/GECRB
P.O. Box 981433
El Paso, TX 79998


Chevron-Texaco/GECRB
Attn.: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


Chevron-Texaco/GECRB
P.O. Box 965013
Orlando, FL 32896


Citi Cards/Citbank
P.O. Box 689151
Des Moines, IA  50368


Citi Cards/Citibank
P.O. Box 6000
The Lakes, NV  89163


Citi Cards/Citibank
P.O. Box 15109
Wilmington, DE  19850


Citi Cards/Citibank
P.O. Box 6062
Sioux Falls, SD 57117


Citi Cards/Citibank
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Citi Cards/Citibank
P.O. Box 6575
Las Vegas, NV 88901


Citi Cards/Citibank
P.O. Box 91600
Albuquerque, NM  87199


Citi Cards/Citibank
P.O. Box 6077
Sioux Falls, SD 57117


Citi Cards/Citibank
P.O. Box 6500
Sioux Fall, SD 57117


Citi Cards/Citibank
P.O. Box 660370
Dallas, TX 75266


Citi Cards/Citibank
P.O. Box 6191
Sioux Falls, SD  57117


Citi Cards/Citibank
P.O. Box 818017
Cleveland, OH  44181


Citi Cards/Citibank
P.O. Box 653042
Dallas, TX 75265


Citi Cards/Citibank
P.O. Box 142319
Irving, TX 75014

```
Citi Cards/Citibank
P.O. Box 182564
Columbus, OH 43218


Citi Cards/Citibank
P.O. Box 183051
Columbus, OH 43218


Citi Cards/Citibank
P.O. Box 6940
The Lakes, NV 88901


Citi Cards/Citibank
P.O. Box 6241
Sioux Falls, SD 57117


Citi Cards/Citibank
P.O. Box 20507
Kansas City, MO 64915


Citi Cards/Citibank
c/o Allen L. Adkins & Assoc.
P.O. Box 3340
Lubbock, TX 79452


Credit One Bank
P.O. Box 60500
City of Industry, CA 91716


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193


Creel, Scott & Jill
21943 Paseo Corto
Garden Ridge, TX 78266
```

```
Direct Merchants Bank/HSBC
P.O. Box 21550
Tulsa, OK 74121


Direct Merchants Bank/HSBC
P.O. Box 60142
City of Industry, CA  91716


Direct Merchants Bank/HSBC
P.O. Box 550680
Jacksonville, Fl.  32255


Direct Merchants Bank/HSBC
Attn.: Payment Center
P.O. Box 60136
City of Industry, CA 91716


Direct Merchants Bank/HSBC
Attn.: Payment Center
P.O. Box 49357
San Jose, CA 95161


Direct Merchants Bank/HSBC
P.O. Box 5894
Carol Stream, IL 60197


Discover
P.O. Box 30395
Salt Lake City, UT  84130


Discover
P.O. Box 6011
Dover, DE 19903


Discover
P.O. Box 3008
New Albany, OH 43054
```

Discover
P.O. Box 7049
Dover, DE  19903


Discover
P.O. Box 15316
Wilmington, DE 19850


Discover
P.O. Box 15192
Wilmington, DE 19850


Discover
P.O. Box 5013
Sandy, UT  84091


Discover
P.O. Box 8003
Hilliard, OH 43206


Discover
12 Reads Way
New Castle, DE 19720


Discover
P.O. Box 29024
Phoenix, AZ  85038


Discover
P.O. Box 30421
Salt Lake City, UT  84130


Discover
P.O. Box  3025
New Albany, OH 43054

Discover
P.O. Box 29033
Phoenix, AZ 85038


Discover
P.O. Box 30943
Salt Lake City, UT 84130


Discover
P.O. Box 6103
Carol Stream, IL 60197


First National Bank
2223 Dodge Street
Omaha, NE  68102


First National Bank
P.O. Box 1308
Kerrville, TX 78029


First National Bank
P.O. Box 2951
Omaha, NE 68103


First National Bank
P. O. Box 80015
Los Angeles, CA  90080


First National Bank
545 10th St.
Floresville, TX  78114


First National Bank
P.O. Box 2230
George West, TX  78022

First National Bank
P.O. Box 2557
Omaha, NE 68103


Ford Motor Credit Corporation
c/o National Bankruptcy Service Ctr.
P.O. Box 537901
Livonia, MI 48153


Ford Motor Credit Corporation
P.O. Box 64001
Dallas, TX 75364


Ford Motor Credit Corporation
P.O. Box 239801
Las Vegas, NV 89123


Ford Motor Credit Corporation
P.O. Box 53099
Omaha, NE 68154


Ford Motor Credit Corporation
P.O. Box 152271
Irving, TX 75015


Ford Motor Credit Corporation
P.O. Box 650575
Dallas, TX  75265


Ford Motor Credit Corporation
P.O. Box 55000, Dept. 194101
Detroit, MI 48255


Ford Motor Credit Corporation
P.O. Box 542000
Omaha, NE 68154

GE Credit Corp. of Tennessee
1010 Thomas Edison Blvd. S.W.
Cedar Rapids, IA 52404


Granados, Marie I.
468 Skytrail
New Braunfels, TX 78130


Greater Houston ER Physicians
P.O. Box 200472
Houston, TX 77216


Greater Houston ER Physicians
c/o Wakefield & Associates, Inc.
P.O. Box 58
Fort Morgan, CO 80701


Greentree Financial
P.O. Box 6172
Rapid City, SD 57709


Hallum, Brent & Christina
135 Auburn Ridge
Spring Branch, TX 78070


Internal Revenue Service
Attn: District Counsel
300 E. 8th Street
Austin, TX 78701


Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701


Internal Revenue Service
c/o Insolvency Section
P.O. Box 21126
Philadelphia, PA 19114

John Deere Financial
P.O. Box 6600
Johnston, IA 50131


John Deere Financial
P.O. Box 5327
Madison, WI  53705


John Deere Financial
P.O. Box 650215
Dallas, TX 75265


John Deere Landscapes, Inc.
15934 Nacogdoches Rd.
San Antonio, TX 78247


John Deere Landscapes, Inc.
24110 Network Place
Chicago, IL 60673


John Deere Landscapes, Inc.
c/o CST Co., Inc.
P.O. Box 224768
Dallas, TX 75222


John Deere Landscapes, Inc.
1060 Windward Ridge Pkwy., #170
Alpharetta, GA 30005


Johnson, Michelle Walker
21916 Senna Hills
Garden Ridge, TX 78266


JPMorgan Chase Bank
Attn: Processing Center
P.O. Box 79030
Houston, TX 77279

JPMorgan Chase Bank
950 Corbindale
Houston, TX 77024

JPMorgan Chase Bank
P.O. Box 15548
Wilmington, DE 19996

JPMorgan Chase Bank
P.O. Box 15049
Wilmington, DE 19850

JPMorgan Chase Bank
P.O. Box 15299
Wilmington, DE  19850

JPMorgan Chase Bank
P.O. Box 15298
Wilmington, DE 19850

JPMorgan Chase Bank
Attn.: Bankruptcy Dept.
7255 Baymeadows Way
Jacksonville, FL 32256

JPMorgan Chase Bank
P.O. Box 94014
Palatine, IL 60094

JPMorgan Chase Bank
800 Brooksedge Blvd.
OH1-800
Westerville, OH 43081

JPMorgan Chase Bank
Attn.: Bankruptcy Dept.
P.O. Box 100018
Kennesaw, GA 30156

JPMorgan Chase Bank
c/o Allied Interstate
P.O. Box 4000
Warrenton, VA 70188


Modular Space Corp.
6445 US Hwy. 87 East
San Antonio, TX 78222


Moncor Tax Advisors
Attn.: Customer Service
15301 Spectrum Dr., #405
Addison, TX 75001


Moncor Tax Advisors
15301 Spectrum Dr., #405
Addison, TX 75001


Northeast Methodist Hospital-SA
P.O. Box 630764
Cincinnati, OH 45263


Northeast Methodist Hospital-SA
c/o Financial Corp. of America
P.O. Box 203500
Austin, TX 78720


OneMain Financial
P.O. Box 222178
Charlotte, NC 28222


OneMain Financial
P.O. Box 29946
San Antonio, TX 78299


OneMain Financial
P.O. Box 22060
Tempe, AZ  85285

OneMain Financial
8222 Agora Parkway, #100
Selma, TX 78154


OneMain Financial
P.O. Box 70918
Charlotte, NC 28272


OneMain Financial
Attn.: Bankruptcy Dept.
P.O. Box 140489
Irving, TX 75014


OneMain Financial
P.O. Box 183172
Columbus, OH 43218


Pathology Reference Laboratory
P.O. Box 2037
San Antonio, TX 78297


Pathology Reference Laboratory
c/o Business & Professional Svc.
621 N. Alamo
San Antonio, TX 78215


Phillips 66-Conoco-76 Card
P.O. Box 688929
Des Moines, IA 50368


Phillips 66-Conoco-76 Card
P.O. Box 66
Bartlesville, OK 74005


Phillips 66-Conoco-76 Card
P.O. Box 6402
Sioux Falls, SD 57117

Property Tax Solutions
8080 N. Central Expressway, #880
Dallas, TX 75206


Putnam, Gary
2912 Bent Tree
Schertz, TX 78154


Quality Equipment Co.
11146 IH-35 North
San Antonio, TX 78233


Quality Organic Products
15497 Lookout  Rd.
Selma, TX 78154


Quest Diagnostics
P.O. Box 740779
Cincinnati, OH 45274


Quest Diagnostics
P.O. Box 3077
Southeastern, PA 19398


Real, Leanard
13776 IH-10 East
Converse, TX 78109


Real, Louis
13638 IH-10 E, #3
Converse, TX 78109


Relf, Tom
8609 Delta Dawn
Fairoaks Ranch, TX 78015

Revis, Amy T.
314 Limestone Creek
San Antonio, TX 78232


Riley, Vann
22028 Las  Cimas
Garden Ridge, TX 78266


Schertz Bank & Trust
P.O. Box 800
Schertz, TX 78154


Security Service FCU
16211 La Cantera Parkway
San Antonio, TX 78256


Security Service FCU
7323 Highway 90 West
San Antonio, TX 78227


Security Service FCU
P.O. Box 27257
San Antonio, TX 78227


Security Service FCU
P.O. Box 27377
San Antonio, TX 78227


Security Service FCU
P.O. Box 691510
San Antonio, TX 78269


Security Service FCU
P.O. Box 691550
San Antonio, TX 78269

```
Security Service FCU
P.O. Box 691530
San Antonio, TX 78269


Serrano M.D. P.A., Christopher
20726 Stone Oak Pkwy., #101
San Antonio, TX 78258


Sheffield Financial Corp.
P.O. Box 580229
Charlotte, NC 28258


Sheffield Financial Corp.
6010 Golding Center Dr.
Winston-Salem, NC 27103


Shell/CBCS
Processing Center
Des Moines, IA  50359


Shell/CBCS
P.O. Box 9151
Des Moines, IA  50368


Shell/CBCS
P.O. Box 183018
Columbus, OH  43218


Shell/CBCS
P.O. Box 6406
Sioux Falls, SD 57117


Shell/CBCS
P.O. Box 6497
Sioux Falls, SD 57117
```

South Texas Radiology Group
P.O. Box 29407
San Antonio, TX 78229


Southeast Baptist Hospital
c/o Credit Control, LLC
P.O. Box 488
Hazelwood, MO 63042


Squires, Mark
274 Paintbrush Path
New Braunfels, TX 78132


Texas Fleet Fuel
P.O. Box 6026
Austin, TX 78762


Texas Hill Country Landspg/QOP
c/o Hatmaker & Assoc.
1156 S. US Hwy. 1
Vero Beach, FL 32962


Texas Hill Country Landspg/QOP
c/o The Powell Law Firm
115 E. Travis, #535
San Antonio, TX 78205


Texas Med Clinic
c/o Sarma Collections, Inc.
1801 Broadway
San Antonio, TX 78215


Texas Workforce Commission
101 East 15th St., Rm 556
Austin, TX 78778


Texas Workforce Commission
Attn.: Cashier
P.O. Box 149363
Austin, TX 78714

```
Texas Workforce Commission
4801 N.W. Loop 410, #510
San Antonio, TX 78229



Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714



Thomas, Tim
21926 Cristabol
Garden Ridge, TX 78266



U. S. Trustee
P. O. Box 1539
San Antonio, Texas 78295



United States Attorney
Attn: Mr. John E. Murphy
601 N.W. Loop 410, #600
San Antonio, TX 78216


Valero/DSRM National Bank
P.O. Box 300
Amarillo, TX 79105



Webb, Johanna
101 Wood Crest
Boerne, TX 78006



Wells Fargo Bank, N.A.
P.O. Box 54180
Los Angeles, CA 90054



Wells Fargo Bank, N.A.
P.O. Box 4233
Portland, OR 97208
```

Wells Fargo Bank, N.A.
P.O. Box 30097
Los Angeles, CA 90030


Wells Fargo Bank, N.A.
MAC P6053-021
P.O. Box 5058
Portland, OR 97208


Wells Fargo Bank, N.A.
MAC S4101-050
P.O. Box 29746
Phoenix, AZ 85038


Wells Fargo Bank, N.A.
P.O. Box 10347
Des Moines, IA 50306


Wells Fargo Bank, N.A.
P.O. Box 30086
Los Angeles, CA 90030


Wells Fargo Bank, N.A.
P.O. Box 54349
Los Angeles, CA 90054


Wells Fargo Bank, N.A.
P.O. Box 5445
Portland, OR  97228


Wells Fargo Bank, N.A.
P.O. Box 348750
Sacramento, CA  95834


Wells Fargo Bank, N.A.
800 Walnut St.
MAC F4031-080
Des Moines, IA  50309

```
Wells Fargo Bank, N.A.
P.O. Box 9210
Des Moines, IA  50306



Wells Fargo Bank, N.A.
P.O. Box 54780
Los Angeles, CA  90054



Wells Fargo Bank, N.A.
P.O. Box 30095
Walnut Creek, CA  94598



Wells Fargo Bank, N.A.
c/o Leyh & Payne, LLP
9545 Katy Freeway, #200
Houston, TX 77024



Wells Fargo Bank, N.A.
c/o Leyh Payne & Mallia, PLLC
9545 Katy Freeway, #200
Houston, TX 77024



Wells Fargo Merchant Services
P.O. Box 17548
Denver, CO 80217



Wells Fargo Merchant Services
5251 Westheimer Rd.
Houston, TX 77056



Wells Fargo Merchant Services
P.O. Box 6010
Hagerstown, MD 21741
```

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

In re: **William R. Boissonneault, Jr.**
　　　**Rebecca B. Boissonneault**

Case Number:

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐　**The presumption arises.** |
| ☐　**The presumption does not arise.** |
| ☐　**The presumption is temporarily inapplicable.** |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
| --- | --- |
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐　**Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑　**Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐　**Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>　　a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>　　　　☐ I remain on active duty /or/<br>　　　　☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>　　　　OR<br><br>　　b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>　　　　☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B 22A (Official Form 22A) (Chapter 7) (12/10)

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried.** **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br>**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | |
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | | |
|---|---|---|
| a. | Gross receipts | |
| b. | Ordinary and necessary business expenses | |
| c. | Business income | Subtract Line b from Line a |

| | | | |
|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |

| | | |
|---|---|---|
| a. | Gross receipts | |
| b. | Ordinary and necessary operating expenses | |
| c. | Rent and other real property income | Subtract Line b from Line a |

| | | | |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | | |
| 7 | **Pension and retirement income.** | | |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |

| | | |
|---|---|---|
| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor | Spouse |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | | |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: _____ b. Enter debtor's household size: _____ | |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. | |
| | ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. | |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on line 17. | |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0 ☐ 1 ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | | | |
|---|---|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | | |
| | | a. | IRS Transportation Standards, Ownership Costs | |
| | | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| | | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | | |
| | | a. | IRS Transportation Standards, Ownership Costs | |
| | | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| | | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | | | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | | | |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | | | |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | | | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool. DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | | | |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | | | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | |
|---|---|---|
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |

| | | |
|---|---|---|
| a. | Health Insurance | |
| b. | Disability Insurance | |
| c. | Health Savings Account | |

Total and enter on Line 34

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

| | | |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.**  Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.**  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

*Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 22A (Official Form 22A) (Chapter 7) (12/10)

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.**  For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. | | | |
|---|---|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | |

| 43 | **Other payments on secured claims.**  If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. |
|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total:  Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**  If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |
|---|---|

|  |  |  |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).**  Enter the total of Lines 33, 41, and 46. | |
|---|---|---|

# Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | |
|---|---|---|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

Date: **12/28/2012**        Signature:  **/s/ William R. Boissonneault, Jr.**
                                              **William R. Boissonneault, Jr.**

Date: **12/28/2012**        Signature:  **/s/ Rebecca B. Boissonneault**
                                              **Rebecca B. Boissonneault**

*\* Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*